# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

IN RE:

Thomas Lee Hunker

Respondent.

CASE NO. 25-mc-785
(DISCIPLINARY)

## ORDER OF RECIPROCAL SUSPENSION

Thomas Lee Hunker, Esquire, was admitted to practice pro hac vice before the bar of this Court on September 18, 2024, in *Breeana Blalock v. U.S. Department of Health and Human Services*, Case No. 24-cv-1637-JRR. In his pro hac vice motion, Respondent certified that he is familiar with this Court's Local Rules and acknowledged that he is subject to the disciplinary jurisdiction of this Court. *See Blalock*, ECF No. 9 at 1; L.R. 101.1.b.i. Local Rule 705.3.a requires that upon being enjoined from the practice of law by a court of any state, an attorney admitted to practice before this Court shall promptly inform the Clerk of such action and provide a copy of the order imposing discipline within thirty (30) days after the imposition of discipline. L.R. 705.3.a. On October 24, 2025, the Supreme Court of Florida held Respondent in contempt and suspended him from the practice of law, effective November 24, 2025. *See* ECF No. 51-1 at 2. On December 18, 2025, the United States advised the Court of Respondent's suspension and provided a copy of the Supreme Court of Florida's order. *Id.* To date, Respondent has neither notified the Clerk of this Court nor the presiding judge of this suspension.

On December 22, 2025, this Court entered a show cause order requesting Respondent to show cause, if any, within thirty (30) days after service of that order, why this Court should not impose the identical, greater, or lesser discipline as that imposed by the Supreme Court of Florida. On December 23, 2025, the Clerk sent the show cause order by certified mail, return receipt requested, to Respondent's last known address on file with the Clerk's Office. Respondent did not file a response and more than thirty days have expired from the date of mailing the show cause order. It is therefore,

ORDERED by the United States District Court for the District of Maryland, that Thomas Lee Hunker, Esquire, be and hereby is, suspended from the practice of law before this Court. This

Order is entered, *nunc pro tunc*, from November 24, 2025, the date the Respondent was suspended by the Supreme Court of Florida.

The Clerk is directed to send a certified copy of this Order to Respondent by regular mail. The Clerk shall also notify the National Lawyer Regulatory Data Bank of this Order as required by Local Rule 705.5(b).

Date: 2/3/2026

George L. Russell III
Chief Judge